# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KALA CORDELL,                  :   No. 111 MM 2017

           Petitioner         :

              v.                :

MICHAEL STAINS,            :

           Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of August, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.